# Criminal Case Cover Sheet
## U.S. District Court - District of Massachusetts

**Place of Offense:** Boston  **Category No.** III  **Investigating Agency** FBI

**City** Weymouth
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant x
Magistrate Judge Case Number N/A
Search Warrant Case Number N/A
R 20/R 40 from District of N/A

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: JUSTIN CHAPPELL   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No
Alias Name: _____
Address: 49 Doris Avenue, Norwell, MA
Birth date (Yr only): 1979   SSN (last 4#): 6023   Sex: M   Race: White   Nationality: US
Defense Counsel if known: Kenneth H. Anderson   Address: 50 Redfield Street, Ste 201
Bar Number: _____                                                   Boston, MA 02122

**U.S. Attorney Information**
AUSA: Torey Cummings/Neil Gallagher   Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____
**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☑ No
**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**
**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☑ Information  ☐ Indictment
**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/3/2024   Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JUSTIN CHAPPELL

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 242 | Deprivation of Rights under Color or Law | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**