UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>VS. )<br>)<br>JUSTIN CHAPPELL )<br>    Defendant )<br>) | Criminal No.:  1:24-cr-10081-ADB |

DEFENDANT'S MOTION TO ADVANCE AND CONTINUE
APRIL 11, 2024 RULE 11 HEARING TO APRIL 23, 2024

NOW comes the defendant, Justin Chappell and hereby moves this Honorable Court to advance and continue the currently April 11, 2024, Rule 11Hearing to April 23, 2024.  As reasons herefore, the undersigned counsel has a previously scheduled hearing in the Dorchester District Court on April 11, 2024 that conflicts with the Rule 11 Hearing.  Additionally, counsel will have a difficult time coordinating with probation to have the defendant interviewed before that date. It is counsel's understanding that April 23, 2024 is an agreeable date for both the government and the court.  No party will be prejudiced by this brief delay.

    Respectfully submitted,
    Defendant,
    JUSTIN CHAPPELL,
    By his Attorney,

    */s/ Kenneth H. Anderson, Esq.*
    Kenneth H. Anderson, Esq.
    B.B.O. # 556844
    ANDERSON, GOLDMAN, TOBIN
    & PASCIUCCO, L.L.P.
    50 Redfield Street
    Boston, MA  02122
    (617) 265-3900
    kanderson@andersongoldman.com

DATED:  April 8, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, DEFENDANT'S MOTION TO ADVANCE AND CONTINUE APRIL 11, 2024 RULE 11 HEARING TO APRIL 23, 2024, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 8, 2024.

*/s/ Kenneth H. Anderson, Esq.*
Kenneth H. Anderson, Esq.