APPENDIX A

| Known 18 U.S.C. § 242 Prosecutions in the District of Massachusetts Since 2000 | | | |
|---|---|---|---|
| Case | Convictions | Circumstances | Sentence |
| US v. Nicholas Hoar, 22-10324-ADB | 18 USC § 242, 18 USC § 1519 (after trial) | Fall River police officer struck arrestee with baton in forehead causing injury and wrote false report | 33 months of incarceration |
| US v. Seth Bourget, 20-10029-DJC | 18 USC § 242 (after second trial) | BOP correctional officer assaulted mental health inmate, causing head injury requiring 12 staples | 12 months, 1 day of incarceration |
| US v. Christopher Roeder, 18-30003-MGM | 18 USC § 242, 18 USC § 1519 (after trial) | Hadley police officer struck and fractured arrestee's nose requiring surgery to repair and obstructed investigation by writing false report | 14 months of incarceration |
| US v. Shawn Couglin, 12-10328-NMG | 18 USC § 242, 18 USC § 1519 (after trial) | Plymouth police sergeant struck arrestee in head with palm stick, kneed him in the body, and falsified reports related to the incident | 12 months, 1 day of incarceration |
| US v. Harry Byrne 02-10003-RGS | 18 USC § 242 18 USC §1512(b)(3) (after trial) | Boston police officer punched arrestee with closed fist while holding his neck, requiring surgery and attempted to tamper with four witnesses | 60 months |
| US v. Eric Donnelly et al, 00-10431-RCL | 18 USC §§ 241, 242, 317, 1512(b)(3) and 1623 (after trial) | Excessive force conspiracy against Nashua Street Jail inmates by Suffolk County Sheriff, obstruction and perjury | 15-46 months of incarceration |