

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

WITH "V" DEVICE

TO  SERGEANT JUSTIN M. CHAPPELL
BRAVO COMPANY, 1ST BATTALION, 32ND INFANTRY REGIMENT, TASK FORCE TITAN

FOR VALOROUS AND MERITORIOUS ACTIONS WHILE ENGAGED IN DIRECT COMBAT OPERATIO
SUPPORT OF OPERATION ENDURING FREEDOM IX ON 27 APRIL 2009. SERGEANT CHAPPELL'S CO
AND SELFLESS DEDICATION IN A COMBAT ZONE, UNDER THE MOST EXTREME OF CIRCUMSTANC
CONTRIBUTED TO THE FIGHT AGAINST THE GLOBAL WAR ON TERRORISM. SERGEANT CHAPPEI
REFLECT GREAT CREDIT UPON HIMSELF, TASK FORCE SPARTAN, COMBINED JOINT TASK FORCI
UNITED STATES ARMY.

ON THIS 4TH DAY OF AUGUST 2009

Permanent Order # 216-065
HQ, 3-10 IBCT, TF Spartan
FOB Shank, Afghanistan
APO AE 09364

DAVID B. HAIGHT
COL, IN
Commanding

FORM 1980-14, NOV 97

# RECOMMENDATION FOR AWARD
For use of this form, see AR 600-8-22; the proponent agency is DCS, G-1.

For valor/heroism/wartime and all awards higher than MSM, refer to special instructions in Chapter 3, AR 600-8-22.

| 1. TO | 2. FROM | 3. DATE (YYYYMMDD) |
|---|---|---|
| CDR, TF SPARTAN<br>APO AE 09354 | CDR, B CO, TF TITAN<br>APO AE 09364 | 20090729 |

## PART I - SOLDIER DATA

| 4. NAME (Last, First, Middle Initial) | 5. RANK | 6. SSN |
|---|---|---|
| CHAPPELL, JUSTIN M. | SGT | [redacted] |

| 7. ORGANIZATION | 8. PREVIOUS AWARDS |
|---|---|
| B CO, 1-32 INF, 3D IBCT, 10TH MTN<br>FOB ALTIMUR, APO AE 09364 | AAM-2 |

| 9. BRANCH OF SERVICE | 10. RECOMMENDED AWARD | 11. PERIOD OF AWARD |||
|---|---|---|---|
| | | a. FROM | b. TO |
| Army | ARCOMV | 20090427 | 20090427 |

### 12. REASON FOR AWARD

| 12a. INDICATE REASON | 12b. INTERIM AWARD | YES ☐ NO ☒ | 12c. POSTHUMOUS | 13. PROPOSED PRESENTATION DATE (YYYYMMDD) |
|---|---|---|---|---|
| VALOR | IF YES, STATE AWARD GIVEN | | YES ☐ NO ☒ | 20091001 |

## PART II - RECOMMENDER DATA

| 14. NAME (Last, First, Middle Initial) | 15. ADDRESS |
|---|---|
| CAMACHO, BRANDON R. | B CO, 1-32 INF, 3D IBCT, 10TH MTN DIV (LI)<br>FOB ALTIMUR, AFGHANISTAN<br>APO AE 09364 |

| 16. TITLE/POSITION | 17. RANK |
|---|---|
| PLATOON SERGEANT | SSG |

| 18. RELATIONSHIP TO AWARDEE | 19. SIGNATURE |
|---|---|
| PLATOON LEADER | Brandon Camacho |

## PART III - JUSTIFICATION AND CITATION DATA (Use specific bullet examples of meritorious acts or service)

### 20. ACHIEVEMENTS

**ACHIEVEMENT #1**

SEE ATTACHED NARRATIVE

**ACHIEVEMENT #2**

**ACHIEVEMENT #3**

**ACHIEVEMENT #4**

### 21. PROPOSED CITATION

SEE ATTACHED CITATION

DA FORM 638, APR 2006   REPLACES DA FORM 638-1.   Page 1 of 3
PREVIOUS EDITIONS OF DA FORM 638 ARE OBSOLETE.   APD PE v3.00ES

Narrative Page

**SGT JUSTIN M. CHAPPELL / ARCOM-V**

On April 27, 2009 Battle Company, 3rd Platoon was tasked with conducting Key leader Engagements in the village of Charkh, 42S VC 9470 4010. Upon arriving at the Charkh District Center, the platoon dismounted, leaving an element with the vehicles to provide over watch, while the other conducted key leader engagements in the town bazaar. Sergeant Justin M. Chappell, The Weapons Squad Leader, was in charge of positioning the trucks in a security perimeter around the District Center.

The determined enemy began their attack from a nearby orchard, engaging the southern portion of the vehicle patrol base. SGT Chappell immediately spotted two enemy personnel attempting to maneuver on a ridge line to attack his position in the northern section of the vehicle patrol base. SGT Chappell immediately ordered his gunner, PVT Ramsey, to engage the enemy. Upon receiving fire, the enemy moved into a nearby orchard, concentrating their machine gun and RPG fire onto two vehicles. SGT Chappell without hesitation ran across the open courtyard of the district center 150 meters to the two trucks that were receiving an intense amount of fire from the enemy. The two gunners were pinned down in the turret by the enemy, only 150 meters away. SGT Chappell jumped onto the truck and began giving fire commands to the gunner. He then moved 50 meters across open ground to the other truck and began giving fire commands with rounds ricocheting off the trucks and RPG's impacting nearby. The two gunners, seeing SGT Chappell move between the two trucks still under a great deal of machine gun and RPG fire and without duress, boosted their fighting spirit, engaging the enemy with an overwhelming amount of machine gun fire. SGT Chappell continuously moved between the two trucks giving accurate fire commands which caused a short lull in the firefight. This pause allowed the rest of the platoon to consolidate at the district center. Upon the return of a machine gun team, SGT Chappell collected his men and moved to a second story building, which had an excellent vantage point. SGT Chappell, still under a heavy amount of machine gun and RPG fire, put the gun into action, giving both accurate and lethal fire commands. This new machinegun position had a devastating effect on the resilient enemy, causing them to retreat from the orchard, not to be seen in the area for the rest of the day.

SGT Chappell distinguished himself with valor by willingly leaving the safety of nearby Hesco barriers, exposing himself to enemy fire and possible injury in order to lead and motivate his Soldiers. His calm and collected leadership and unwavering courage while under intense enemy fire resulted in the defeat of a determined and hardened foe.

FOR VALOROUS AND MERITORIOUS ACTIONS WHILE ENGAGED IN DIRECT COMBAT AGAINST AN ARMED ENEMY IN SUPPORT OF OPERATION ENDURING FREEDOM IX. SERGEANT CHAPPELL'S COURAGE AND SELFLESS DEDICATION IN A COMBAT ZONE, UNDER THE MOST EXTREME OF CIRCUMSTANCES, GREATLY CONTRIBUTED TO THE FIGHT AGAINST THE GLOBAL WAR ON TERRORISM. SERGEANT CHAPPELL'S ACTIONS REFLECT GREAT CREDIT UPON HIMSELF, TASK FORCE SPARTAN, COMBINED JOINT TASK FORCE-82 AND THE UNITED STATES ARMY.



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO            SERGEANT JUSTIN M. CHAPPELL
                         TASK FORCE TITAN

FOR EXCEPTIONAL AND MERITORIOUS SERVICE WHILE ASSIGNED AS A SQUAD LEADER. SERGEANT CHAPPELL'S SUPERB LEADERSHIP, EXPERTISE AND COMMITMENT TO EXCELLENCE WAS INSTRUMENTAL IN THE SUCCESS OF TASK FORCE SPARTAN IN SUPPORT OF OPERATION ENDURING FREEDOM IX. HIS SELFLESS SERVICE AND DEDICATION TO DUTY ARE IN KEEPING WITH THE HIGHEST TRADITIONS OF MILITARY SERVICE AND REFLECTS GREAT CREDIT UPON HIMSELF, TF SPARTAN, COMBINED JOINT TASK FORCE-82 AND THE UNITED STATES ARMY.

FROM 10 JANUARY 2009 TO 10 JANUARY 2010

ON THIS 28TH DAY OF JULY 2009

Permanent Order # 209-053
HQ, 3-10 IBCT, TF Spartan
FOB Shank, Afghanistan
APO AE 09364

DAVID B. HAIGHT
COL, IN
Commanding

DA FORM 4980-14, NOV 97

# RECOMMENDATION FOR AWARD
For use of this form, see AR 600-8-22; the proponent agency is DCS, G-1.

For valor/heroism/wartime and all awards higher than MSM, refer to special instructions in Chapter 3, AR 600-8-22.

| 1. TO | 2. FROM | 3. DATE (YYYYMMDD) |
|---|---|---|
| CDR, TF SPARTAN<br>APO AE 09364 | CDR, B CO, TF TITAN<br>APO AE 09364 | 20090630 |

## PART I - SOLDIER DATA

| 4. NAME (Last, First, Middle Initial) | 5. RANK | 6. SSN |
|---|---|---|
| Chappell, Justin M. | SGT | |

| 7. ORGANIZATION | 8. PREVIOUS AWARDS |
|---|---|
| B CO, 1-32 IN, 3D IBCT, 10TH MTN DIV (LI)<br>FOB ALTIMUR, APO AE 09364 | AAM-2 |

| 9. BRANCH OF SERVICE | 10. RECOMMENDED AWARD | 11. PERIOD OF AWARD a. FROM | b. TO |
|---|---|---|---|
| Army | ARCOM | 20090110 | 20100110 |

### 12. REASON FOR AWARD

| 12a. INDICATE REASON | 12b. INTERIM AWARD YES [ ] NO [X]<br>IF YES, STATE AWARD GIVEN | 12c. POSTHUMOUS YES [ ] NO [X] | 13. PROPOSED PRESENTATION DATE (YYYYMMDD) |
|---|---|---|---|
| SVC | | | 20100115 |

## PART II - RECOMMENDER DATA

| 14. NAME (Last, First, Middle Initial) | 15. ADDRESS |
|---|---|
| Bunn, James S. | B CO, 1-32 IN, 3D IBCT, 10TH MTN DIV (LI)<br>FOB ALTIMUR, AFGHANISTAN<br>APO AE 09364 |

| 16. TITLE/POSITION | 17. RANK |
|---|---|
| Platoon Sergeant | SFC |

| 18. RELATIONSHIP TO AWARDEE | 19. SIGNATURE |
|---|---|
| Supervisor | BUNN.JAMES.STEVEN. |

## PART III - JUSTIFICATION AND CITATION DATA (Use specific bullet examples of meritorious acts or service)

### 20. ACHIEVEMENTS

**ACHIEVEMENT #1**
SGT Chappell deployed to Eastern Afghanistan as a member of Task Force Titan in support of Operation Enduring Freedom IX and X. During the deployment he performed his duties as both an Infantry Line Squad Leader and Weapons Squad leader in 3rd Platoon, Battle Company, 1st Battalion, 32nd Infantry Regiment, enhancing the stability and security of the region.

**ACHIEVEMENT #2**
On 24 March 2009 while pulling security at the Afghan National Police Traffic Control Point, insurgent elements opened fire on the patrol base with RPG's and small arms. While under direct enemy fire, SGT Chappell, without regard to his own safety, moved to an M1151 gun truck armed with an M240B machine gun and maneuvered it into a position which allowed it to effectively suppress the enemy. This allowed the Platoon the advantage to maneuver on and destroy the enemy.

**ACHIEVEMENT #3**
On both 03 May 2009 and 12 May 2009 while acting as Weapons Squad Leader, SGT Chappell's element was engaged by the enemy while conducting operations in the vicinity of the Charkh District Center. SGT Chappell's leadership, experience, and aggressiveness were key in his element's success in repelling the enemy and defending the District Center. On 12 May 2009, he personally ensured SPC Carrick, who had sustained a shrapnel injury to the left shoulder, was properly treated and moved to the Platoon's Casualty Collection Point.

**ACHIEVEMENT #4**
SGT Chappell always volunteered himself and his Squad for complicated and challenging missions. His Squad excelled in an ever changing combat environment, adapting to a dangerous and elusive enemy and completing every mission given. SGT Chappell participated in numerous joint patrols and Operations Screw Driver, Blazing Saddles and Dusty Trails. His aggressiveness and technical and tactical knowledge as an Infantryman have contributed immensely to the Global War on Terror.

### 21. PROPOSED CITATION

FOR EXCEPTIONAL AND MERITORIOUS SERVICE WHILE ASSIGNED AS A SQUAD LEADER. SGT CHAPPELL'S SUPERB LEADERSHIP, EXPERTISE AND COMMITMENT TO EXCELLENCE WAS INSTRUMENTAL IN THE SUCCESS OF TASK FORCE TITAN IN SUPPORT OF OEF IX AND X. HIS SELFLESS SERVICE AND DEDICATION TO DUTY ARE IN KEEPING WITH THE HIGHEST TRADITIONS OF MILITARY SERVICE AND REFLECTS GREAT CREDIT UPON HIMSELF, TASK FORCE TITAN, TASK FORCE SPARTAN AND THE UNITED STATES ARMY.

| NAME (Last, First, Middle Initial) | SSN |
|---|---|
| Chappell, Justin M. | ~~[redacted]~~ |

## PART IV - RECOMMENDATIONS/APPROVAL/DISAPPROVAL

| 22. I certify that this individual is eligible for an award in accordance with AR 600-8-22; and that the information contained in Part I is correct. | 22a. SIGNATURE TERPSTRA.DIRK.STEWART. | 22b. DATE (YYYYMMDD) 20090705 |
|---|---|---|

| 23. INTERMEDIATE AUTHORITY | a. TO CDR, TF TITAN  APO AE 09364 | b. FROM CDR, B CO, TF TITAN  APO AE 09364 | c. DATE (YYYYMMDD) 20090705 |
|---|---|---|---|

d. RECOMMEND: ☒ APPROVAL  ☐ DISAPPROVAL  ☐ UPGRADE TO:  ☐ DOWNGRADE TO:

e. NAME (Last, First, Middle Initial): WINGEART, JASON M.
f. RANK: CPT
g. TITLE/POSITION: COMPANY COMMANDER
h. SIGNATURE: WINGEART.JASON.M.
i. COMMENTS: A solid performer in a position usually held by a SSG

| 24. INTERMEDIATE AUTHORITY | a. TO CDR, TF SPARTAN  APO AE 09364 | b. FROM CDR, TF TITAN  APO AE 09364 | c. DATE (YYYYMMDD) 20090717 |
|---|---|---|---|

d. RECOMMEND: ☒ APPROVAL  ☐ DISAPPROVAL  ☐ UPGRADE TO:  ☐ DOWNGRADE TO:

e. NAME (Last, First, Middle Initial): GUKEISEN, THOMAS B.
f. RANK: LTC
g. TITLE/POSITION: SQUADRON COMMANDER
h. SIGNATURE: [signed]
i. COMMENTS:

| 25. INTERMEDIATE AUTHORITY | a. TO | b. FROM | c. DATE (YYYYMMDD) |
|---|---|---|---|

d. RECOMMEND: ☐ APPROVAL  ☐ DISAPPROVAL  ☐ UPGRADE TO:  ☐ DOWNGRADE TO:

e. NAME (Last, First, Middle Initial):
f. RANK:
g. TITLE/POSITION:
h. SIGNATURE:
i. COMMENTS:

| 26. APPROVAL AUTHORITY | a. TO ORDERS ISSUING AUTHORITY | b. FROM CDR, TF SPARTAN  APO AE 09364 | c. DATE (YYYYMMDD) 20090728 |
|---|---|---|---|

d. ☒ APPROVED  ☐ DISAPPROVED  ☐ RECOMMEND UPGRADE TO:  ☐ DOWNGRADE TO:

e. NAME (Last, First, Middle Initial): HAIGHT, DAVID B.
f. RANK: COL
g. TITLE/POSITION: BRIGADE COMMANDER
h. SIGNATURE: [signed]
i. COMMENTS:

## PART V - ORDERS DATA

| 27a. ORDERS ISSUING HQ  TF SPARTAN, 3D IBCT, 10TH MTN DIV (LI)  FOB SHANK, APO AE 09364 | 27b. PERMANENT ORDER NO.  209-053 | 31. DISTRIBUTION  1-File  1-OMPF  1-Unit  3-Individual |
|---|---|---|
| 28a. NAME OF ORDERS APPROVAL AUTHORITY  ALLEYNE, ERIC E. | 28b. RANK  MAJ | |
| 28c. TITLE/POSITION  BRIGADE ADJUTANT | 29. APPROVED AWARD  ARCOM | |
| 28d. SIGNATURE  [signed] | 30. DATE (YYYYMMDD)  20090728 | |

DA FORM 638, APR 2006

Page 2 of 3
APD PE v3.00ES