# NCO EVALUATION REPORT

For use of this form, see AR 623-3; the proponent agency is DCS, G-1.

FOR OFFICIAL USE ONLY (FOUO)
SEE PRIVACY ACT STATEMENT IN AR 623-3.

**EXHIBIT 2**

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK |
|---|---|---|---|
| CHAPPELL, JUSTIN M. | [redacted] | SGT | 20081101 |

| f.1. UNIT ORG. STATION ZIP CODE OR APO, MAJOR COMMAND | f.2. STATUS CODE | g. REASON FOR SU... |
|---|---|---|
| B Co., 1st Bn, 32nd IN, 10th Mtn Div (LI), Fort Drum, NY 13602 FORSCOM | 02 | Annual |

| h. PERIOD COVERED FROM | THRU | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO'S EMAIL ADDRESS (.gov or .mil) | m. UIC | n. CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| 20090331 | 20100330 | 12 | | | justin.m.chappell@us.army.mil | WAKKB0 | FC | |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| DAVIS, SCOTT P. | [redacted] | DAVIS.SCOTT.P. | 20100129 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | RATER'S AKO EMAIL ADDRESS (.gov or .mil) |
|---|---|---|---|---|
| 1LT | IN | B Co., 1st Bn, 32nd IN | Platoon Leader | |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| WINGEART, JASON M. | [redacted] | WINGEART.JASON.M. | 20100129 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | SENIOR RATER'S AKO EMAIL ADDRESS (.gov or .mil) |
|---|---|---|---|---|
| CPT | IN | B Co., 1st Bn, 32nd IN | Co Commander | jason.wingeart1@us.army.mil |

| c. NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| O'DONNELL, FREDERICK M. | [redacted] | O'DONNELL.FREDERICK.MARK | 20100204 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | REVIEWER'S AKO EMAIL ADDRESS (.gov or .mil) |
|---|---|---|---|---|
| LTC | IN | HQ, 1st Bn, 32nd IN | Bn Commander | frederick.odonnell@us.army.mil |

d. [X] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS  [ ] NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments)

e. RATED NCO: I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct. I have seen the completed report. I am aware of the appeals process of AR 623-3.

SIGNATURE: CHAPPELL.JUSTIN.MICHAEL  DATE: 20100211

## PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| Weapons Squad Leader | 11B30 |

**c. DAILY DUTIES AND SCOPE** (To include, as appropriate, people, equipment, facilities and dollars)

Weapons Squad Leader assigned to a Light Infantry Battalion forward deployed to RC East in support of Operation Enduring Freedom IX/X; responsible for the discipline, health, welfare, morale and training of an eight Soldier machine gun squad; responsible for the tactical employment of the platoon's medium machine guns and advising the Platoon Leader on direct fire support and training Afghan National Army RPG and machine gunners; responsible for the maintenance and accountability of $2,000,000 in home station and theater provided combat equipment.

**d. AREAS OF SPECIAL EMPHASIS**

Combat operations in support of Operation Enduring Freedom (OEF) IX/X Full Spectrum Combat Operations; Afghan Army Soldier combat readiness training

**e. APPOINTED DUTIES**

| f. COUNSELING DATES | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 20090520 | 20090810 | 20091115 | |

## PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS (Rater)

**a. ARMY VALUES.** Check either "YES" or "NO". (Bullet Comments are mandatory. Substantive bullet comments are required for "NO" entries.)

VALUES: Loyalty, Duty, Respect, Selfless-Service, Honor, Integrity, Personal Courage

| | YES | NO |
|---|---|---|
| 1. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and other Soldiers. | X | |
| 2. DUTY: Fulfills their obligations. | X | |
| 3. RESPECT/EO/EEO: Treats people as they should be treated. | X | |
| 4. SELFLESS-SERVICE: Puts the welfare of the nation, the Army, and subordinates before their own. | X | |
| 5. HONOR: Lives up to all the Army values. | X | |
| 6. INTEGRITY: Does what is right - legally and morally. | X | |
| 7. PERSONAL COURAGE: Faces fear, danger, or adversity (physical and moral). | X | |

Bullet comments
o consistently places the success of the mission over his own personal needs and safety

o displays unwavering loyalty to his Soldiers, his unit and his country

o integrity is above reproach

| RATED NCO'S NAME (Last, First, Middle Initial) | THRU DATE |
|---|---|
| CHAPPELL, JUSTIN M. | 20100330 |

## PART IV (Rater) - VALUES/NCO RESPONSIBILITIES

*Bullet comments are mandatory.*
*Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT."*

**b. COMPETENCE**
- Duty proficiency; MOS competency
- Technical & tactical; knowledge, skills, and abilities
- Sound judgment
- Seeking self-improvement; always learning
- Accomplishing tasks to the fullest capacity; committed to excellence

EXCELLENCE (Exceeds std) [X]  SUCCESS (Meets std) [ ]  NEEDS IMPROVEMENT (Some) [ ]  (Much) [ ]

o performed exceptionally as a Weapons Squad Leader, emplacing and employing his machine gun teams during 60 direct fire engagements with enemy forces

o possesses an unquestionable technical mastery of machine gun operations and the best manner to employ direct fire to destroy the enemy and enable friendly maneuver

o constantly strives to improve his expertise through military history research and developing his own TTPs to defeat an adaptable enemy force

**c. PHYSICAL FITNESS & MILITARY BEARING**
- Mental and physical toughness
- Endurance and stamina to go the distance
- Displaying confidence and enthusiasm; looks like a Soldier

| APFT | PASS | 20091223 | HEIGHT/WEIGHT | 73 / 170 | YES |

o scored 300 on last APFT

o one of the most physical tough NCOs in the Company; easily carries equipment loads weighing in excess of 100 pounds while conducting dismounted combat patrols

EXCELLENCE (Exceeds std) [X]  SUCCESS (Meets std) [ ]  NEEDS IMPROVEMENT (Some) [ ]  (Much) [ ]

o military bearing and appearance is above reproach and sets the standard for all

**d. LEADERSHIP**
- Mission first
- Genuine concern for Soldiers
- Instilling the spirit to achieve and win
- Setting the example; Be, Know, Do

EXCELLENCE (Exceeds std) [X]  SUCCESS (Meets std) [ ]  NEEDS IMPROVEMENT (Some) [ ]  (Much) [ ]

o provided purpose, direction and motivation to his Soldiers by personally setting the example of leading them from the front during all combat operations in Afghanistan

o constantly lacked the regard for his own personal safety in combat by properly repositioning his machine gun teams while under direct fire with enemy forces

o provided motivation and strong leadership to his Soldiers during all combat operations; defeated the enemy every time contact was initiated

**e. TRAINING**
- Individual and team
- Mission focused; performance oriented
- Teaching Soldiers how; common tasks, duty-related skills
- Sharing knowledge and experience to fight, survive and win

EXCELLENCE (Exceeds std) [ ]  SUCCESS (Meets std) [X]  NEEDS IMPROVEMENT (Some) [ ]  (Much) [ ]

o effectively trained nine Afghan National Army RPG and PKM gunners to compliment the support of all coalition elements

o continuously rehearsed his squad on crew drill procedures ensuring that machine gunners and assistant gunners were always prepared for contact with enemy forces

o maximized use of limited down time during the deployment to seek new and unique training opportunities for his Soldiers

**f. RESPONSIBILITY & ACCOUNTABILITY**
- Care and maintenance of equipment/facilities
- Soldier and equipment safety
- Conservation of supplies and funds
- Encouraging Soldiers to learn and grow
- Responsible for good, bad, right & wrong

EXCELLENCE (Exceeds std) [ ]  SUCCESS (Meets std) [X]  NEEDS IMPROVEMENT (Some) [ ]  (Much) [ ]

o ensured the meticulous maintenance of his machine guns keeping them mission ready at all times

o maintained 100% accountability of over $2,000,000 in combat equipment over three relocations

o created an environment that encouraged Soldiers to excel and meet every challenge

## PART V - OVERALL PERFORMANCE AND POTENTIAL

**a. RATER. Overall potential for promotion and/or service in positions of greater responsibility.**

AMONG THE BEST [X]   FULLY CAPABLE [ ]   MARGINAL [ ]

**b. RATER. List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.**

Platoon Sergeant

Drill Sergeant

Observer/Controller

**e. SENIOR RATER BULLET COMMENTS**

o promote to Staff Sergeant ahead of peers

o program for attendance to the Senior Leader Course

o consistently demonstrates the ability to excel at current duty position and higher

o possesses unlimited potential; continue to place in positions of increased responsibility

**c. SENIOR RATER. Overall performance**

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] |
| Successful | | Fair | | Poor |

**d. SENIOR RATER. Overall potential for promotion and/or service in positions of greater responsibility.**

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] |
| Superior | | Fair | | Poor |