

EXHIBIT 3

```
            DEPARTMENT OF VETERANS AFFAIRS
               VA Boston Healthcare System
                    940 Belmont Street
                    Brockton, MA 02301
   Phone: 508-583-4500   Patient Call Center: 1-800-865-3384
```

DEC 10, 2010

RE: Justin Michael Chappell
4 TARA DRIVE  UNIT 4
WEYMOUTH, MASSACHUSETTS, 02188

To Whom It May Concern:

Mr. Chappell is a returning veteran who has served in warzone deployments. Due to the nature of having served in a warzone, it is often triggering for veterans to be exposed to loud, abrupt and intrusive noises in their environment. Mr. Chappell is requesting that the noise level in his residence be managed as it is negatively impacting him at this time. Your attention to this important matter is greatly appreciated.

If you have further questions you may contact me at the number below.

Sincerely,

*Sofia Reddy*

Sofia P. Reddy, LICSW
Staff Clinical Social Worker
Center for Returning Veterans
Tel: 774-826-1303